**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tim H. Oien, | ) | Case No. 07-08526 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 619
          Chicago, Illinois 60604

    On:   **March 25, 2008**      Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $23,923.36 |
    | b. | Disbursements | $     0.0 |
    | c. | Net Cash Available for Distribution | $23,923.36 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Catherine Steege Trustee | $0.00 | $3,142.33 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
   Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $742,524.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.798698%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Albany Bank & Trust Company, N.A. 3400 W. Lawrence Avenue Chicago, IL 60625 | $505,000.00 | $14,133.41 |
| 2 | Chase Bank USA, NA PO Box 15145 Wilmington, DE 19850-5145 | $20,817.38 | $582.62 |
| 5 | Podmajersky Associates, Inc. c/o Orum & Roth 53 West Jackson, #1616 Chicago, IL 60604 | $100,000 | $2,798.70 |
| 6 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | $2,471.57 | $69.17 |

| | | | |
|---|---|---|---|
| 7 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | $1,587.36 | $44.43 |
| 8 | Regis Technologies, Inc.<br>c/o Christopher J. Callahan<br>2145 W Grace Street<br>Chicago, IL  60618 | $112,648.60 | $3,152.70 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

      0.00


Dated: **February 27, 2008**          For the Court,

                                            **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the U.S. Bankruptcy Court
                                            219 S. Dearborn Street, 7th Floor
                                            Chicago, IL 60604


      Catherine Steege (06183529)
      JENNER & BLOCK LLP
      330 N. Wabash Avenue
      Chicago, Illinois 60611
PH:  (312) 923-2952
FAX:  (312) 840-7352

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tim H. Oien, | ) | Case No. 07-08526 |
| | ) | |
| Debtor. | ) | Hon. Jacqueine P. Cox |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $_____ |
| 2. | Trustee's expenses | $_____ |
| | TOTAL | $_____ |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED:  _____

_____
UNITED STATES BANKRUPTCY JUDGE