**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tim H. Oien, | ) | Case No. 07-08526 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT,**
**HEARING ON APPLICATIONS FOR COMPENSATIONS, AND**
**HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:    United States Bankruptcy Court
> 219 South Dearborn Street
> Courtroom 619
> Chicago, Illinois 60604

> On:    **March 25, 2008**    Time:  **9:30 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.  **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3.    The Trustees Final Report shows total:

| | | |
|---|---|---|
| a. | Receipts | $23,923.36 |
| b. | Disbursements | $     0.0 |
| c. | Net Cash Available for Distribution | $23,923.36 |

4.     Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Catherine Steege Trustee | $0.00 | $3,142.33 | $0.00 |

5.     Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6.     In addition to the expenses of administration that may be allowed by the Court, priority
claims totaling $0.00 must be paid in full for there to be any dividend to general
unsecured creditors.  The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7.     Claims of general unsecured creditors totaling $742,524.91 have been allowed and will
be paid pro rata only after all allowed administrative and priority claims have been paid
in full.  The general unsecured dividend is anticipated to be 2.798698%.  Allowed general
unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Albany Bank & Trust Company, N.A. 3400 W. Lawrence Avenue Chicago, IL  60625 | $505,000.00 | $14,133.41 |
| 2 | Chase Bank USA, NA PO Box 15145 Wilmington, DE  19850-5145 | $20,817.38 | $582.62 |
| 5 | Podmajersky Associates, Inc. c/o Orum & Roth 53 West Jackson, #1616 Chicago, IL  60604 | $100,000 | $2,798.70 |
| 6 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA  30091 | $2,471.57 | $69.17 |

2

| | | | |
|---|---|---|---|
| 7 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | $1,587.36 | $44.43 |
| 8 | Regis Technologies, Inc.<br>c/o Christopher J. Callahan<br>2145 W Grace Street<br>Chicago, IL  60618 | $112,648.60 | $3,152.70 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10.     The Debtor has not been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

        0.00

Dated:  **February 27, 2008**                    For the Court,

                                        **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL 60604

        Catherine Steege (06183529)
        JENNER & BLOCK LLP
        330 N. Wabash Avenue
        Chicago, Illinois 60611
PH:     (312) 923-2952
FAX:    (312) 840-7352

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tim H. Oien, | ) | Case No. 07-08526 |
| | ) | |
| Debtor. | ) | Hon. Jacqueine P. Cox |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance

of fees and expenses of administration, notice having been given and the Court being duly

advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of

fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $_____ |
| 2. | Trustee's expenses | $_____ |
| | TOTAL | $_____ |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances

listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy

Court.

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Feb 27, 2008
Case: 07-08526                Form ID: pdf002          Total Served: 32


The following entities were served by first class mail on Feb 29, 2008.
db          +Tim H. Oien,    2119 Colfax Street,    Evanston, IL 60201-2532
aty         +David E Cohen,    55 West Monroe Street,    Suite 600,    Chicago, IL 60603-5091
tr          +Catherine L. Steege, ESQ,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
11478828    +Albany Bank & Trust Company, N.A.,     3400 W. Lawrence Ave,    Chicago IL 60625-5104
11356634    +Albany Bank and Trust Company,     Attn: Brenda Helms,    3400 West Lawrence Avenue,
              Chicago, IL 60625-5188
11356635    +Allen H. Shapiro,    1247 Waukegan Road,    Glenview, IL 60025-3057
11356636    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11356639     Capital One,    P.O. Box 70884,    Charlotte, NC 28272-0884
11356637    +Capital One,    11013 W Broad St,    Glen Allen, VA 23060-5937
11651114    +Capital One Bank,    c/o Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
11356640     Chase,    Credit Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
11491864     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11356641    +CitiCard,    Diners Club, NA,    7920 NW 110th Street,    Kansas City, MO 64153-1270
11356642    +Cook County Treasurer,    118 North Clark Street,    Room 112,    Chicago, IL 60602-1590
11356644    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11356645    +G M A C,    P.O. Box 2182,    Greeley, CO 80632-2182
11356646    +Green Point Mortgage Funding, Inc.,    4160 Main St,    Flushing, NY 11355-3806
11562892    +GreenPoint Mortgage,    2300 Brookstone Centr Parkway,    Columbus , GA 31904-4500
11356647     Greenpoint Mortgage Funding, Inc.,    P.O. Box 84013,    Columbus, GA 31908-4013
11356648    +Hertz Rent A Car,    10401 N. Pennsylvania Ave.,    Oklahoma City, OK 73120-4103
11356650    +Hilti, Inc.,    P.O. Box 21148,    Tulsa, OK 74121-1148
11356649    +Hilti, Inc.,    c/o Levy Diamond & Associates LLC,    P.O. Box 352,    Milford, CT 06460-0352
11356652   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
11356651    +Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,    100 W. Randolph St.,
              Chicago, IL 60601-3218
11356653    +Konica Minolta Bus. Solutions,    One International Blvd.,    10th Floor,    Mahwah, NJ 07495-0027
11356654    +Marc Shellist,    1072 Creek View Drive,    Vernon Hills, IL 60061-3309
11356655    +McGuire Igleski Associates,    1234 Sherman Avenue,    Evanston, IL 60202-1375
11356656    +Podmajersky Associates, Inc.,    c/o Orum & Roth,    53 West Jackson, #1616,
              Chicago, IL 60604-3750
11356657    +Quicken Loans,    20555 Victor Parkway,    Livonia, MI 48152-7031
11385938    +Regis Technologies, Inc,    C/O Christopher J. Callahan,    2145 W Grace Street,
              Chicago , IL 60618-4901
11356658    +Rick Van Horne, III,    5043 W 67th Street,    Chicago, IL 60638-6409
11356659    +Staci P. Oien,    2119 Colfax Street,    Evanston, IL 60201-2532

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11356643     Dean T. Oien
11356638*   +Capital One,    11013 W. Broad Street,    Glen Allen, VA 23060-5937
                                                                                TOTALS: 1, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2008                    Signature:   _Joseph Speetjens_