IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tim H. Oien, | ) | Case No. 07-08526 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee having filed her Final Report and the Trustee having certified that the estate has been fully administered pursuant to Federal Rule of Bankruptcy Procedure 5009 and no objections having been filed to the Report:

IT IS HEREBY ORDERED that the Final Report is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. § 350.

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE